UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Clifton Lee Rowan**                    **Docket No. 5:16-CR-130-1BO**

### Petition for Action on Supervised Release

COMES NOW Brittany N. Simmons, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Clifton Lee Rowan, who, upon an earlier plea of guilty to Count 1: Interference With Commerce by Robbery, 18 U.S.C. § 1951 and Count 2: Brandishing a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. §§ 924(c)(1)(A) and 924(c)(1)(A)(ii) , was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on January 19, 2017, to the custody of the Bureau of Prisons for a term of 114 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Clifton Lee Rowan was released from custody on January 8, 2024, at which time the term of supervised release commenced.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 22, 2024, Rowan tested positive for the use of amphetamines which was confirmed by laboratory confirmation on February 28, 2024. When approached, the defendant admitted to the use of medication containing amphetamines that were not prescribed to him. The defendant expressed remorse for his actions. To address this, the probation office recommends participation in the Surprise Urinalysis Program and substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.


/s/ Maurice J. Foy                        /s/ Brittany N. Simmons
Maurice J. Foy                            Brittany N. Simmons
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          310 New Bern Avenue, Room 610
                                          Raleigh, NC 27601-1441
                                          Phone: 919-861-8669
                                          Executed On: March 1, 2024

## ORDER OF THE COURT

Considered and ordered this _____1_____ day of _Murch_____, 2024, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_

Terrence W. Boyle
United States District Judge